**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **LuAnna**<br>First name<br><br>**Lou**<br>Middle name<br><br>**Oliver**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | LuAnna L. Oliver<br>LuAnna Oliver |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4584 |  |

Debtor 1    **LuAnna Lou Oliver**
_____    Case number (if known) _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and _doing business as_ names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **6207 Gitana Avenue<br>Camarillo, CA 93012**<br>Number, Street, City, State & ZIP Code<br><br>**Ventura**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing _this district_ to file for bankruptcy** | _Check one:_<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | _Check one:_<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **LuAnna Lou Oliver**                                            Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **LuAnna Lou Oliver** _____   Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

| | | |
|---|---|---|
| 12. | **Are you a sole proprietor of any full- or part-time business?** | ■ No.   Go to Part 4. |
| | | ☐ Yes.   Name and location of business |

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

| | | |
|---|---|---|
| 13. | **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?** | *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).* |

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

| | | |
|---|---|---|
| 14. | **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?** | ■ No. |
| | | ☐ Yes.   What is the hazard? _____ |

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **LuAnna Lou Oliver**                                    Case number *(if known)*

**Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    LuAnna Lou Oliver    Case number *(if known)*

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ LuAnna Lou Oliver

LuAnna Lou Oliver    Signature of Debtor 2
Signature of Debtor 1

Executed on    *August 5, 2019*    Executed on
MM / DD / YYYY    MM / DD / YYYY

7/29/19 10:11AM

Debtor 1    **LuAnna Lou Oliver**

Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

/s/ Daniel A. Higson

Signature of Attorney for Debtor

Date    August 5, 2019
MM / DD / YYYY

**Daniel A. Higson 71212**
Printed name

**Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez**
Firm name

**5450 Telegraph Road, Suite 200**
**Ventura, CA 93003**
Number, Street, City, State & ZIP Code

Contact phone    **805-644-7111**    Email address    **danhigson@hathawaylawfirm.com**

**71212 CA**
Bar number & State

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Debtor filed a Chapter 13 on March 7, 1990 in the United States Bankruptcy Court, Central District of California, Los Angeles Division, Case #2:90-51048. The case was closed on November 8, 1993.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Ventura** _____, California.

Date: _August 5, 2019_

/s/ LuAnna Lou Oliver
**LuAnna Lou Oliver**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **LuAnna Lou Oliver** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 509,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $ 18,681.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $ 527,681.00 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 450,744.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ | $ 3,849.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 103,061.00 |
| **Your total liabilities** | $ 557,654.00 |

### Part 3.    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 3,170.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*...................................................... | $ 4,523.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1   **LuAnna Lou Oliver** _____     Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.         $ _____ **4,315.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 3,849.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 3,849.00 |

Fill in this information to identify your case and this filing:

| Debtor 1 | LuAnna Lou Oliver | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **6207 Gitana Avenue** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Street address, if available, or other description | ☑ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| **Camarillo       CA       93012-8126** | ☐ Manufactured or mobile home | **Current value of the entire property?** | **Current value of the portion you own?** |
| City        State        ZIP Code | ☐ Land | **$503,000.00** | **$503,000.00** |
| | ☐ Investment property | | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** | |
| | ☐ Other _____ | | |
| | **Who has an interest in the property?** Check one | **In Fee** | |
| **Ventura** | ☑ Debtor 1 only | | |
| County | ☐ Debtor 2 only | | |
| | ☐ Debtor 1 and Debtor 2 only | | |
| | ☐ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) | |
| | **Other information you wish to add about this item, such as local property identification number:** | | |
| | **This home is part of the "Keep your Home California" Program. Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.** | | |

Debtor 1    **LuAnna Lou Oliver** _____    Case number *(if known)* _____

---

1.2    **If you own or have more than one, list here:**

| | | |
|---|---|---|
| **Diamond Vacation Resorts** | | |
| **1450 Center Crossing Road** | | |
| Street address, if available, or other description | | |

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

| | | |
|---|---|---|
| **Las Vegas** | **NV** | **89144-0000** |
| City | State | ZIP Code |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

| | |
|---|---|
| **Clark** | |
| County | |

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor owns two timeshares at Diamond Vacation Resorts, both valued at 3,000 each.  Debtor plans to surrender both.**

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................=>**

| |
|---|
| **$509,000.00** |

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1 | Make: | **Toyota** |
|---|---|---|
| | Model: | **Camry** |
| | Year: | **2003** |
| | Approximate mileage: | **175,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,000.00** | **$3,000.00** |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................=>**

| |
|---|
| **$3,000.00** |

---

**Part 3:   Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured

---

Debtor 1    **LuAnna Lou Oliver** _____    Case number _(if known)_____

claims or exemptions.

**6. Household goods and furnishings**
   _Examples:_ Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| All household goods and furniture | $3,500.00 |
|---|---|

**7. Electronics**
   _Examples:_ Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| TV, DVD, and all other electronics | $500.00 |
|---|---|

**8. Collectibles of value**
   _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| Books, Art, Collectibles | $1,500.00 |
|---|---|

**9. Equipment for sports and hobbies**
   _Examples:_ Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| Miscellaneous Sports and Hobby Equipment | $150.00 |
|---|---|

**10. Firearms**
   _Examples:_ Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Clothing owned by debtors | $2,000.00 |
|---|---|

**12. Jewelry**
   _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Miscellaneous costume Jewelry | $250.00 |
|---|---|

**13. Non-farm animals**
   _Examples:_ Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No

Official Form 106A/B                    Schedule A/B: Property                    page 3

Debtor 1    **LuAnna Lou Oliver** _____    Case number (if known) _____

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| | |
|---|---|
| | **$7,900.00** |

| Part 4: | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   _Examples:_ Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes........................................................................................................

   Cash on hand _____ **$150.00**

17. **Deposits of money**
   _Examples:_ Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                Institution name:

   17.1.    **Checking**         **Name of Bank:   Wells Fargo Bank**
                                 **Account ending in:   6151** _____    **$533.00**

   17.2.    **Checking**         **Name of Bank:   Premier Credit Union**
                                 **Account ending in:  011** _____    **$98.00**

18. **Bonds, mutual funds, or publicly traded stocks**
   _Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes. Give specific information about them...................
                                 Name of entity:                % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   _Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
   _Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                                 Issuer name:

21. **Retirement or pension accounts**
   _Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                 Type of account:         Institution name:

                 **IRA**              **Roth IRA** _____    **$3,000.00**

                 **Retirement Savings**   **Franklin Square Investment Account** _____    **$2,000.00**

Debtor 1    **LuAnna Lou Oliver** _____    Case number *(if known)* _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................             Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance / American United Live Insurance** | **personal friend** | **$2,000.00** |

Debtor 1  **LuAnna Lou Oliver**                                          Case number *(if known)*

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................... | **$7,781.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55. Part 1: Total real estate, line 2** ............................................................................................ | | **$509,000.00** |
| **56. Part 2: Total vehicles, line 5** | **$3,000.00** | |
| **57. Part 3: Total personal and household items, line 15** | **$7,900.00** | |
| **58. Part 4: Total financial assets, line 36** | **$7,781.00** | |
| **59. Part 5: Total business-related property, line 45** | **$0.00** | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61. Part 7: Total other property not listed, line 54**    + | **$0.00** | |
| **62. Total personal property. Add lines 56 through 61...** | **$18,681.00**   Copy personal property total | **$18,681.00** |
| **63. Total of all property on Schedule A/B. Add line 55 + line 62** | | **$527,681.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# Broker Opinion Letter

Mr. Dan Higson, Attorney at Law

Hathaway, Perrett, Webster, Powers, Christman &Guiterrez

5450 Telegraph Rd., Suite 200

Ventura, Ca 93003

RE: 6207 Gitana Ave. Camarillo, CA 93012

Luanna L. Oliver

Dear Mr. Higson,


Based on a comprehensive market evaluation of Luann's property, it should sell
for $503,000.


Your truly,

John J. Ryan, Realtor

Coldwell Banker Residential Brokerage

1190 S. Victoria Ave., Suite 101

Ventura, CA 93003

(805) 340-0350

CADre #00276458

# RESIDENTIAL BROKER PRICE OPINION

Loan # _____

REO #: _____ This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only   DATE   08/24/2019

PROPERTY ADDRESS: _____   SALES REPRESENTATIVE: _____

_____   CLIENT NAME:   Luanna L. Oliver

FIRM NAME:   Coldwell Banker Residential Brokerage   COMPLETED BY:   John J. Ryan

PHONE NO.   (805) 340-0350   FAX NO. _____

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☐ Slow ☐ Stable ☐ Improving ☒ Excellent

Employment conditions: ☐ Declining ☐ Stable ☒ Increasing

Market price of this type property has: ☐ Decreased _____ % In past _____ months
☒ Increased   6   % In past   12   months
☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood:   94   % owner occupant   06   % tenant

There is a ☒ Normal supply ☐ oversupply ☐ shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood:   1

No. of competing listings in neighborhood that are REO or Corporate owned:   0

No. of boarded or blocked-up homes:   0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $   510,000   610,000

The subject is an ☒ over improvement ☐ under improvement ☐ Appropriate improvement for the neighborhood.

Normal marketing time in the area is:   38   days.

Are all types of financing available for the property? ☒ Yes ☐ No   If no, explain _____

Has the property been on the market in the last 12 months? ☐ Yes ☒ No   If yes, $ _____ list price (include MLS printout)

To the best of your knowledge, why did it not sell? _____

Unit Type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home ☐ 2-family
☐ single family attached ☐ townhouse ☐ modular ☐ multi family ☐ 3-family

If condo or other association exists: Fee $ 260.00 ☐ monthly ☐ annually   Current? ☐ Yes ☐ No   Fee delinquent? $ _____

The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis   Other _____

Association Contact:   Name: _____   Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6207 Gitana Ave. | 1161 Paquita Street | | 8005 San Dimas Ave. | | 1117 Belleza Street | |
| Proximity to Subject | | 7 Blks REO/Corp☐ | | 2 Blk REO/Corp☐ | | 6 Blk REO/Corp☐ | |
| Sale Price | $ | $510,000 | | $510,000 | | $535,000 | |
| Price/Gross Living Area | $   Sq. Ft. | $309.09 Sq. Ft. | | 326.71 Sq. Ft. | | $324.24 Sq. Ft. | |
| Sale Date & Days on Market | | 3/15/2019: 108 | | 4/16/2019: 142 | | 4/2/2019: 75 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | 0 | 0 | None | 0 | None | 0 |
| Location | Good | Good | 0 | Good | 0 | Good | 0 |
| Leasehold/Fee Simple | Fee | Fee | 0 | Fee | 0 | Fee | 0 |
| Site | 4576 | 12,030 | -15,000 | 5195 | -2,000 | 5,218 | -2,000 |
| View | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Design and Appeal | Good/Average | Good/Good | -5000 | Good/Good | -5,000 | Good/Good | -5,000 |
| Quality of Construction | Good | Good | 0 | Good | 0 | Good | 0 |
| Age | 34 | 32 | -5000 | 34 | 0 | 32 | -5,000 |
| Condition | Average | Good | -10000 | Good | -10,000 | Good | -10,000 |
| Above Grade Room Count | Total 5 Bdrms 2 Baths 2 | Total 5 Bdrms 2 Baths 2 | 0 | Total 5 Bdrms 2 Baths 2 | 0 | Total 5 Bdrms 2 Baths 2 | 0 |
| Gross Living Area | 1,561 Sq. Ft. | 1650 Sq. Ft. | -5000 | 1,561 Sq. Ft. | 0 | 1,850 Sq. Ft. | 0 |
| Basement & Finished Rooms Below Grade | None/None | None-None | 0 | None-None | 0 | None-None | 0 |
| Functional Utility | Good | Good | 0 | Good | 0 | Good | 0 |
| Heating/Cooling | Gas/Electric | Gas forced air | 4000 | Gas forced air | +4,000 | Gas forced air | 4000 |
| Energy Efficient Items | None | Vinyl windows | -5000 | None | 0 | None | 0 |
| Garage/Carport | 2-car | 2-car | 0 | 2-Car | 0 | 2-Car | 0 |
| Porches, Patio, Deck Fireplace(s), etc. | Fireplace | Fireplace | 0 | Fireplace | 0 | Fireplace | 4000 |
| Fence, Pool, etc. | Fence | Fence | 0 | Fence | 0 | Fence | 0 |
| Other | None | None | 0 | None | 0 | None | 0 |
| Net Adj. (total) | | ☐ + ☒ - | $41,000 | ☐ + ☒ - | $13,000 | ☐ + ☒ - | $23,000 |
| Adjusted Sales Price of Comparable | | | $489,000 | | $497,000 | | $512,000 |

Fannie Mae Revised 03/99
REO#

Page 1 of 2

Loan #

**IV. MARKETING STRATEGY**          Occupancy Status:  Occupied ☒  Vacant ☐  Unknown ☐

☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired    Most Likely Buyer: ☒ Owner occupant ☐ Investor

**V. REPAIRS**

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood. (Do not include repairs needed to bring property into a "rehabbed" condition, unless all comps in the area are completely rehabbed.) Do not include normal start up costs (trash-out, initial lawn maintenance, etc.). Check those repairs you recommend that we perform for most successful marketing of the property.

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Interior paint | $ 2,000 | ☐ | | $ |
| ☒ | New Interior carpet | $ 2,000 | ☐ | | $ |
| ☒ | Kitchen remodel | $ 20,000 | ☐ | | $ |
| ☒ | Upgrades to laundry room | $ 3,000 | ☐ | | $ |
| ☒ | Upgrades to baths | $ 4,000 | ☐ | | $ |

**GRAND TOTAL FOR ALL REPAIRS $31,000**

**VI. COMPETITIVE LISTINGS**

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | +(-)Adjustment | COMPARABLE NUMBER 2 | +(-)Adjustment | COMPARABLE NUMBER 3 | +(-)Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 6207 Gitana ave. | 1124 Itamo Street | | 6612 Lada Avenue | | | |
| Proximity to Subject | | 6 Blks. REO/Corp☐ | | 7 Blks. REO/Corp☐ | | REO/Corp☐ | |
| List Price | $ | $515,000 | | $535,000 | | $ | |
| Price/Gross Living Area | $ Sq.Ft. | | | | | $ | |
| Data and/or Verification Sources | Tax rolls | MLS | | MLS | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment |
| Sales or Financing Concessions | | None | 0 | None | 0 | | |
| Days on Market | | 76 | 0 | 4 | 0 | | |
| Location | Good | Good | 0 | Good | 0 | | |
| Leasehold/Fee Simple | Fee | Fee | 0 | Fee | 0 | | |
| Site | 4,576 | 11,166 | -14,000 | 4887 | -2,000 | | |
| View | Yes | Yes | 0 | Yes | 0 | | |
| Design and Appeal | Good-Average | Good-Good | -5,000 | Good-Good | -5,000 | | |
| Quality of Construction | Good | Good | 0 | Good | 0 | | |
| Age | 34 | 32 | -5,000 | 32 | -5,000 | | |
| Condition | Average | Good | -10,000 | Good | -10,000 | | |

| Above Grade Room Count | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 2 | 2 | 6 | 2 | 2 | 0 | 4 | 2 | 2 | 0 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross Living Area | 1,581 Sq. Ft. | 1,277 Sq. Ft. | 15,000 | 1,650 Sq. Ft. | -5,000 | Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None-None | None-None | 0 | None-None | 0 | | |
| Functional Utility | Good | Good | 0 | Good | 0 | | |
| Heating/Cooling | Gas forced air/Air | Gas forced air | 4,000 | Gas forced air | 4,000 | | |
| Energy Efficient Items | None | None | 0 | None | 0 | | |
| Garage/Carport | 2-car | 2-car | 0 | 2-car | 0 | | |
| Porches, Patio, Deck Fireplace(s), etc. | Fireplace | Fireplace | 0 | Fireplace | 0 | | |
| Fence, Pool, etc. | Fence | Fence | 0 | Fence | 0 | | |
| Other | None | None | 0 | None | 0 | | |
| Net Adj. (total) | | ☐+ ☒- | $15,000 | ☐+ ☒- - | $23,000 | ☐+ ☐- | |
| Adjusted Sales Price of Comparable | | | $500,000 | | $512,000 | | |

**VI. THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales).

| | Anticipated Sales Price | Suggested List Price |
|---|---|---|
| **AS IS** (sale in 90-120 days) | $503,000 | $509,000 |
| **REPAIRED** (sale in 90-120 days) | $545,000 | $549,000 |
| **30 DAY QUICK SALE VALUE** | | |

**COMMENTS** (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Single family detached. Single level. 2 bedrooms 2 baths. Upgraded forced air gas furnace and central air. Living room with fireplace. Dining area adjoins living room and kitchen. Mountain views. Parquet flooring at front entry. Original metal cased windows. Interior needs new paint and carpet. Laundry room is unfinished due to flooding. Baths and kitchen need remodeling. Home is in average condition. 2-car attached garage. L PUD with HOA fees of $250.00

| | | |
|---|---|---|
| Signature: | [signature] | Date: 6/25/2019 |
| Address: | 1190 S. Victoria Ave, Suite 101, Ventura, CA 93003 | |

Fannie Mae                                          Page 2 of 2

6/20/2019                                              flexmls Web

| Residential Active | 1124 Itamo Street, Camarillo, CA, 93012-8169 | | $515,000 |
| MLS# 219003842 | County: Ventura Cross Streets: Lada Ave. | | Agent Detail Report |
| DIM/CDM: 78/76 | | | |



| Beds: | 2 | Sub-Type: | Single Family Residence |
| Baths (F/THQ): | 2 (2 0 0 0) | Lot Acres: | 0.26 |
| Year Built: | 1987 Source:Assessor | | |
| Approx SqFt: | 1,277 | Lot SqFt: | 11,166 |
| SqFt Source: | Public Records | Lot Size Source: | Public Records |
| Common Walls: | Detached | Zoning: | RPD10 |
| Dwelling Total | 1 | Subdiv/Tract Co: | The Springs 4 - 365106 |
| Floors: | | Agreement Type: | Excl Rt Sell/Lease |
| Fireplace: | Yes | APN/Tax ID: | 2340241285 |
| Pool /Spa: | Yes/ Yes | Area: | VC45 - Cam - Mission Oaks |
| View: | Yes | Service Level: | Full Service |
| HOA: | Yes $250 Monthly | Total Garage | 2 |
| | | Spaces: | |

| Showing Contact | Vacant - Go Direct | Lock Box | Supra | Gate Code:#2356 |
| Name: | (None/Vacant) | Type: | | |
| Showing Contact | 0 | Lock Box | Water Pipe; Lock Box Remarks: On | |
| Phone: | | Location: | pipe to left of front door. | |
| Showing Access: Go Direct, Vacant | | | | |
| Showing Info Remarks: Please be sure to turn off lights and lock all doors before leaving. | | | | |

Agent Remarks: Home is in a Trust: First Citizens Bank as Trustee-Peter Graham Moore Trust. Please provide Pre-approval, POF, TA & SBSA with offer. Email offer to ChristyRueckert@yahoo.com. Please allow time for response to offers - Trustee is out of area. Home is being sold "as-is". Seller will not make any repairs.

Marketing Remarks: One-Story Camarillo Springs Home! This Lovely Home Offers 2 Bedrooms, 2 Bathrooms, 1277 SF Of Living Space, 11,166 SF Lot & Located in 55+ Gated Community. Bright & Open Living/Dining Room Has Vaulted Ceilings, Engineered Wood Flooring & Gas Fireplace. Kitchen With Wood Cabinets, White Tile Countertops, Gas Cooktop, Oven, Built-In Microwave, Refrigerator, Dishwasher, Breakfast Bar, Greenhouse Window & Dining Area. Master Suite Has Vaulted Ceilings, 2 Closets, Slider To Back Patio, Walk-In Shower & Dual Sinks. Guest Bedroom With Large Closet & Ceiling Fan. Guest Bathroom Has Tub/Shower Combo. Other Features Include A/C, 2-Car Garage, Laundry Room With Washer & Dryer, Gated Community Features Pool, Clubhouse, Exercise Room, Card/Billiards Room, Bathroom, Library, Picnic Area, R.V. Parking & Walking/Biking Trails Throughout The Community. Conveniently Located Near Camarillo Springs Golf Course, Shops, Restaurants & Freeway Access.

Property Directions: Camarillo Springs Rd to Adohr Ln, Left on Lada Ave. Left on Itamo St. Home will be on Right side.

| Entry Date: 04/05/2019 | Original List Price: $540,000 | Status Change Date: 04/05/2019 |
| Listing Date: 04/05/2019 | Selling Office Comp: 2.5% | |
| | Variable Rate/SCA: No | |

| | Name | Office | Primary | Office | E-mail |
| LA: | Christy Rueckert (V211504964 ) CalDRE#:01362147 | Century 21 Everest (V3600) 01994686 | 805-377-4746 | 805-482-0741 | christyrueckert@yahoo.com |

| List Price/Sqft: | $403.29 | Will Consider Lease: No | Tax Mello Roos: No |
| Sold Price/Sqft: | | Land Lease Amt/Yr: 0 | |

| | |
| Appliances: Dishwasher; Dryer; Garbage Disposal; Refrigerator; Washer | Parking Spaces/Information: Total Garage Spaces: 2 |
| Association Amenities: Biking Trails; Club House; Common RV Parking; Gated | Parking Type: Garage - 1 Door |
| Community; Gym/Ex Room; Rec/Multipurpose Room | Pool Construction: In Ground |
| Association Information: Association Name: The Springs; Association Phone | Pool Description: Community Pool |
| Number: 805-484-5393; Management Company Name: CPM; Management | Possession: Close of Escrow |
| Company Phone: 805-987-8945 | Security Safety: Gated Community |
| Bathroom Features: Shower Over Tub; Shower Stall | Spa Construction: In Ground |
| Bedroom Features: All Bedrooms Down; Master Bedroom | Spa Description: Community |
| Cooking Appliances: Cooktop - Gas; Microwave; Oven | Special Conditions: Standard |
| Cooling Type: Ceiling Fan(s); Central A/C | Terms: Cash; Conventional; FHA; Take Property As Is; VA Loan |
| Community Features: RV Access/Parking | View Type: Mountain View |
| Disclosures: CC & R; Homeowners Association; Property As Is; Senior | Windows: Bay/Bow; Garden Window |
| Community; Trust/Conservator | |
| Doors: Sliding Glass Door(s) | |
| Eating Areas: Breakfast Counter/Bar; Eat In Kitchen; Formal Dining Room | |
| Fireplace Features: Other | |
| Fireplace Fuel: Gas | |
| Fireplace Location: Living Room | |
| Flooring: Ceramic Tile; Wood/Wood Like | |
| Heating Fuel: Natural Gas | |
| Heating Type: Central Furnace | |
| Interior Features: Cathedral/Vaulted | |
| Kitchen Features: Ceramic Counters; Greenhouse Window | |
| Land Lease Type: Fee Simple | |
| Laundry Location: Individual Room; Inside | |
| Levels: One | |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by John J Ryan on Thursday, June 20, 2019 11:27 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

## 6207 Gitana Ave, Camarillo, CA 93012-8126, Ventura County



| 2 | 1,561 | 4,576 | $439,900 |
|---|---|---|---|
| MLS Beds | MLS Sq Ft | Lot Sq Ft | MLS Sale Price |
| 2 | 1985 | SFR | 05/27/2016 |
| MLS Baths | Yr Built | Type | MLS Sale Date |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Oliver Luanna L | Tax Billing Zip: | 93012 |
| Mail Owner Name: | Luanna L Oliver | Tax Billing Zip+4: | 8126 |
| Tax Billing Address: | 6207 Gitana Ave | Owner Occupied: | Yes |
| Tax Billing City & State: | Camarillo, CA | | |

### Location Information

| | | | |
|---|---|---|---|
| Zoning: | RPD10 | Census Tract: | 56.00 |
| Tract Number: | 365103 | Carrier Route: | C039 |
| School District: | Oxnard Un | Old Map: | 72-D3 |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | 234-0-204-225 | Lot Number: | 71 |
| % Improved: | 60% | Exemption(s): | Homeowner |
| Tax Area: | 07177 | | |
| Legal Description: | TRACT 365103 LOT 71, REF: 97 MR 13 | | |

### Assessment & Tax

| | | | |
|---|---|---|---|
| Assessment Year | 2018 | 2017 | 2016 |
| Assessed Value - Total | $287,003 | $281,377 | $420,000 |
| Assessed Value - Land | $114,797 | $112,547 | $273,000 |
| Assessed Value - Improved | $172,206 | $168,830 | $147,000 |
| YOY Assessed Change ($) | $5,626 | -$138,623 | |
| YOY Assessed Change (%) | 2% | -33.01% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2016 | $4,522 | | |
| 2017 | $2,988 | -$1,534 | -33.91% |
| 2018 | $3,176 | $188 | 6.28% |

| Jurisdiction | Tax Type | Tax Amount | |
|---|---|---|---|
| Pleasant Valley Assmnt | Actual | $20.06 | |
| Vcwpd Fld Zn 3 Benefit | Actual | $14.74 | |
| Metro Water Dist Standby Ch | Actual | $9.58 | |
| Vector Control | Actual | $5.36 | |
| Calleguas Metro Water Dist | Actual | $5.00 | |
| Npdes Cam Zn 3 | Actual | $2.74 | |
| Vcwpd Npdes Cam Zn 3 | Actual | $2.38 | |
| Total Of Special Assessments | Actual | $59.86 | |

### Characteristics

| | | | |
|---|---|---|---|
| County Use Code: | Tract Single Fam Res | Total Baths: | 2 |
| Universal Land Use Code: | SFR | Full Baths: | 2 |
| Lot Frontage: | 55 | Fireplaces: | 1 |
| Lot Depth: | 80 | Garage Type: | Garage |
| Lot Acres: | 0.1051 | Garage Capacity: | MLS: 2 |

Courtesy of John Ryan, Ventura County Regional Data Share

**Property Detail**

| | | | |
|---|---|---|---|
| Lot Area: | **4,576** | Parking Type: | **Type Unknown** |
| Building Sq Ft: | **1,561** | Garage Sq Ft: | **413** |
| # of Buildings: | **1** | Year Built: | **1985** |
| Stories: | **1** | Other Impvs: | **Laundry Room** |
| Total Rooms: | **4** | Other Rooms: | **Utility Room** |
| Bedrooms: | **2** | | |

## Estimated Value

| | | | |
|---|---|---|---|
| RealAVM (1): | **$494,900** | Confidence Score (2): | **82** |
| RealAVM Range: | **$420,665 – $569,135** | Forecast Standard Deviation (3): | **15** |
| Value As Of: | **06/07/2019** | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100, clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, fewer quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence as an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range of distance an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Listing Information

| | | | |
|---|---|---|---|
| MLS Listing Number: | **215013917** | Pending Date: | **04/27/2016** |
| MLS Status: | **Sold** | Closing Date: | **05/27/2016** |
| MLS Status Change Date: | **05/27/2016** | Closing Price: | **$439,900** |
| MLS Listing Date: | **09/17/2015** | MLS List. Agent Name: | **V211502035-Elizabeth Topor** |
| MLS Current List Price: | **$439,900** | MLS List. Broker Name: | **BERKSHIRE HATHAWAYHOMESERVICES** |
| MLS Orig. List Price: | **$489,090** | MLS Selling Agent Name: | **V211510069-Mark Brown** |

| MLS Listing # | 215013917 | 613592 | 613592 |
|---|---|---|---|
| **MLS Status** | Sold | Sold | Sold |
| **MLS Listing Date** | 09/17/2015 | 10/19/2006 | 10/19/2006 |
| **MLS Listing Price** | $439,900 | $515,000 | $515,000 |
| **MLS Orig Listing Price** | $489,090 | $570,000 | $570,000 |
| **MLS Close Date** | 05/27/2016 | 06/19/2007 | 06/19/2007 |
| **MLS Listing Close Price** | $439,900 | $505,000 | $505,000 |
| **MLS Listing Expiration Date** | | | 10/31/2007 |

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | **05/27/2016** | Sale Type: | **Full** |
| Settle Date: | **Tax: 04/15/2016 MLS: 05/27/2016** | Deed Type: | **Grant Deed** |
| Sale Price: | **$440,000** | Owner Name: | **Oliver Luanna L** |
| Price Per Square Feet: | **$281.87** | Seller: | **Larragoiti Linda** |
| Last Mkt Doc #: | **74063** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Recording Date** | 05/27/2016 | 06/19/2007 | 09/16/1997 | 09/16/1997 | 02/27/1991 |
| **Sale/Settlement Date** | 04/15/2016 | 06/14/2007 | | | 00/1989 |
| **Sale Price** | $440,000 | $505,000 | | | |
| **Nominal** | | | Y | Y | Y |
| **Buyer Name** | Oliver Luanna L | Larragoiti Linda | Szabo Elisabeth | Szabo Elisabeth Trust | Marvel Thomas J & Marvel Rosit |
| **Seller Name** | Larragoiti Linda | Szabo E Living Trust | Szabo Aladar G & Elisabeth | Szabo Elisabeth | Marvel Thomas J |
| **Document Number** | 74063 | 122363 | 121151 | 121150 | 24506 |
| **Document Type** | Grant Deed | Grant Deed | Affidavit | Quit Claim Deed | Grant Deed |

| | | |
|---|---|---|
| **Recording Date** | 07/17/1985 | |
| **Sale/Settlement Date** | 00/1985 | |
| **Sale Price** | $133,000 | |
| **Nominal** | | |
| **Buyer Name** | Szabo Aladar G & Elizabeth | |
| **Seller Name** | Barclay Hollander Corp | |
| **Document Number** | 75276 | |

**Courtesy of John Ryan, Ventura County Regional Data Share**

Use data within the report is complied from various sources. CoreLogic makes no representations or warranties. That data, information and values contained on the report may not reflect true value. The accuracy of the information contained herein is not guaranteed and by using this report, the party using same agrees to indemnify and hold harmless any and all data sources.

**Property Detail**

Generated on 06/20/2019
Page 2 of 5

**Document Type**    Corporation Grant Deed

## Mortgage History

| Mortgage Date | 11/03/2017 | 05/27/2016 | 05/25/2012 | 04/20/2009 | 06/19/2007 |
|---|---|---|---|---|---|
| Mortgage Amount | $45,953 | $417,073 | $374,859 | $395,753 | $404,000 |
| Mortgage Lender | Calhfa Mtg Assistance Corp | Sierra Pacific Mtg Co | Chevron Fcu | Chevron Fcu | Chevron Fcu |
| Mortgage Type | Refi | Resale | Refi | Refi | Resale |
| Mortgage Code | Conventional | Fha | Conventional | Conventional | Conventional |

| | |
|---|---|
| Mortgage Date | 05/09/2007 |
| Mortgage Amount | $50,000 |
| Mortgage Lender | Countrywide Hm Lns Inc |
| Mortgage Type | Refi |
| Mortgage Code | Conventional |

## Property Map



*Lot Dimensions are Estimated

**Courtesy of John Ryan, Ventura County Regional Data Share**

**Property Detail**

6/20/2019                                           flexmis Web

| | | |
|---|---|---|
| Residential Sold | 1161 Paquita Street, Camarillo, CA, 93012-8160 | List Price: $549,000 |
| MLS# 218013119 | County: Ventura Cross Streets: Irena Ave & Lada Ave | Sold Price: $510,000 |
| DIM/CDIM: 105/105 | | Agent Detail Report |

| | | | |
|---|---|---|---|
| Beds: | 2 | Sub-Type: | Single Family Residence |
| Baths (FTHQ): | 2 (2 0 0 0) | Lot Acres: | 0.28 |
| Year Built: | 1987 Source:Assessor | | |
| Approx SqFt: | 1,850 | Lot SqFt: | 12,030 |
| SqFt Source: | Public Records | Lot Size Source: | Public Records |
| Common Walls: | Detached | Zoning: | RPD10 |
| Dwelling Total | 1 | Subdiv/Tract Co: | The Springs 4 - 365106 |
| Floors: | | Agreement Type: | Excl Rt Sell/Lease |
| Fireplace: | Yes | APN/Tax ID: | 2340241075 |
| Pool /Spa: | No/ Yes | Area: | VC45 - Cam - Mission Oaks |
| View: | Yes | Service Level: | Full Service |
| HOA: | Yes $250 Monthly | Total Garage Spaces: | 2 |

Showing Contact Name: None (None/Vacant)      Lock Box Type:  Supra
Showing Contact Phone: 0                       Lock Box Location:Front Door
Showing Access: Go Direct; Keybox; Vacant

Agent Remarks: Gate Code #2355 Home is vacant-just got 55 and over community, one person purchasing needs to be 55. Please submit POF with offers.

Marketing Remarks: This is your amazing opportunity to come to Camarillo Springs and live the leisure lifestyle! So many wonderful amenities to enjoy. This home has a choice location offering a generous floor plan and privacy. Vaulted ceilings as you enter flows either into the living room with fireplace or family room with wet bar and open kitchen. Formal dining area opens into the front area living room. Master bedroom includes a huge walk-in closet, His/Her sinks, shower and garden tub and slider to outside sun/sun private spa. Interior Bonus/office/utility room with so much storage in addition to the many built-in storage cabinets in the garage to fill all your needs. A must see opportunity for a great home to customize and make your own!

Property Directions: Take Camarillo Springs Rd. straight ahead to gated community. Enter thru gate and turn left on Irena Ave, turn right on Lada Ave, turn left on Paquita St. Home is on the left.

| | | | | |
|---|---|---|---|---|
| Entry Date: | 10/17/2018 | Original List Price: | $59,700 | Status Change Date:   03/25/2019 |
| Listing Date: | 10/17/2018 | Selling Office Comp: | 2.25% | Concessions Amount:  3,000 |
| Pending Date: | 02/02/2019 | Variable Rate/SCA: | No | SP % LP:            92.9% |
| Sold Date: | 03/15/2019 | Concessions | roof, spa, electrical repairs | |
| | | Comments: | | |

| Name | Office | Primary | Office | E-mail |
|---|---|---|---|---|
| LA: Monica Garcia (V211501475 ) CalDRE#:00902484 | Select Properties (V5170) | 805-765-1681 | 805-765-1681 | selectmonica@gmail.com |
| SA: Lisa Topor ( V211502036 ) CalDRE#:01023642 | Berkshire Hathaway HomeServices (V2005) | 805-987-1234 | 805-987-3734 | lisatoporrealtor@gmail.com |

| | |
|---|---|
| List Price/Sqft: | $332.73 |
| Sold Price/Sqft: | $309.09 |
| Included in Sale: | appliances |

| | |
|---|---|
| Will Consider Lease: No | Tax Mello Roos: No |
| Land Lease Amt/Yr: 0 | |

Appliances: Dishwasher, Dryer, Garbage Disposal; Gas Dryer Hookup; Refrigerator; Washer
Association Amenities: Banquet Facilities; Billiard Room; Card Room; Common Room; Hiking Trails; Meeting Room; Onsite Management; Rec/Multipurpose Room
Association Fees Include: Cable TV
Association Information: Association Name: The Springs; Association Phone Number: 805-484-5393; Management Company Name: CPM; Management Company Phone: 805-987-9945
Association Pet Rules: Call for Rules
Bathroom Features: Double Vanity(s); Shower & Tub; Sunken Tub
Bedroom Features: All Bedrooms Down; Ground Floor Master; Main Floor Bedroom; Main Floor Master; Master Suite; Walk-in Closet
Closing Comments: Concessions Comments: roof, spa, electrical repairs
Cooling Type: Air Conditioning; Ceiling Fan(s); Central A/C
Community Features: Community Mailbox; Golf Course in Development; RV Access/Parking
Disclosures: CC & R; Homeowners Association; Planned Development; Property As Is; Senior Community; Trust/Conservator
Doors: Sliding Glass Door(s)
Eating Areas: Breakfast Area; Breakfast Counter/Bar; Dining Area; Family Room; Separated
Exterior Construction: Stucco
Financing: Conventional
Fireplace Features: Other
Fireplace Fuel: Gas & Wood; Gas Starter
Fireplace Location: Living Room
Flooring: Carpet; Wood/Wood Like
Heating Fuel: Natural Gas
Heating Type: Central Furnace; Fireplace; Forced Air
Interior Features: Cathedral/Vaulted; Hot Tub; Open Floor Plan; Storage Space; Wet Bar
Kitchen Features: Greenhouse Window; Open to Family Room; Pantry

Lot Description: Fenced Yard; Gated Community; Lawn; Lot Shape-Square
Parking Features: Built-In Storage; Direct Garage Access; Driveway - Concrete; Garage Door Opener
Parking Spaces/Information: Number of Remotes: 2; Total Garage Spaces: 2
Parking Type: Garage Attached
Patio Features: Concrete Slab; Patio Open
Possession: Close of Escrow
Roofing: Tile
Rooms: Bonus Room; Living Room; Master Bedroom; Office; Separate Family Room; Utility; Walk-in Closet
Security Safety: Automatic Gates; Carbon Monoxide Detector(s); Card/Code Access; Community; Fire & Smoke Det Sys; Gated Community; Resident Manager
Sewer: In Street; Sewer
Spa Construction: Fiberglass; In Ground
Spa Description: Private Spa
Special Conditions: Standard
Sprinklers: Sprinkler System
Sold Terms: Standard Sale
Terms: Cash; Conventional; Take Property As Is
View Type: Hills View; Mountain View
Water: Public
Water Heater Feature: Gas
Windows: Garden Window

6/20/2019 flexmls Web

| | | | |
|---|---|---|---|
| **Residential Sold** | **6005 San Dimas Avenue, Camarillo, CA, 93012** | | **List Price: $519,900** |
| MLS# 218013606 | County: Ventura Cross Streets: Irena / Cam Springs Rd | | **Sold Price: $510,000** |
| DIM/CDIM: 142/142 | | | **Agent Detail Report** |



| | | | |
|---|---|---|---|
| **Beds:** | 2 | **Sub-Type:** | Single Family Residence |
| **Baths (F7HQ):** | 2 (2 0 0 0) | **Lot Acres:** | 0.12 |
| **Year Built:** | 1985 Source: Assessor | | |
| **Approx SqFt:** | 1,561 | **Lot SqFt:** | 5,195 |
| **SqFt Source:** | Other | **Lot Size Source:** | Other |
| **Common Walls:** | Detached | **Zoning:** | SFR |
| **Construction Status:** | Unknown | **Subdiv/Tract Co:** | The Springs 1 - 365103 |
| **Dwelling Total** | 1 | **Agreement Type:** | Excl Rt Sell/Lease |
| **Floors:** | | **APN/Tax ID:** | 2340203015 |
| **Fireplace:** | Yes | **Area:** | VC45 - Cam - Mission Oaks |
| **Pool /Spa:** | Yes/ Yes | **Service Level:** | Full Service |
| **View:** | Yes | **Total Garage** | 2 |
| **HOA:** | Yes $250 Monthly | **Spaces:** | |

**Showing Contact Name:** N/A (None/Vacant)    **Lock Box Type:** Combo-See Remarks; Supra    **Gate Code:**#2356
**Showing Contact Phone:** 0    **Lock Box Location:** Front Door
**Showing Access:** Gate Pass; Go Direct; Keybox; Vacant

**Agent Remarks:** If you would be kind enough to please lock all doors and remember the lights.

**Marketing Remarks:** Builder Premium Golf Course View Location! Prime corner lot. Desirable gated community with amenities galore. Lovely Brick hardscape leading to inviting front entry. Bright & airy model. Large sun-filled rooms; updated central air conditioning. Easy care flooring; freshly painted interior; newer carpeting. Cozy Brick fireplace in spacious living room with patio access; high beam ceiling; view windows too! Cheerful kitchen open to adjacent family room/dining area. Separate Guest suite located away from Master suite creates privacy. Convenient Bonus/office/utility room, direct garage access; storage/cabinetry galore. Huge Master suite; convenient rear patio access; walk-in closet; garden tub, separate shower. Delightful pebble stone patio; fairway /panoramic views of golf course; city lights and more. Clubhouse; pool; spa; exercise room; nature trails; gated RV storage. Walk to Golf Course minutes away. Pride of ownership ; move in ready !

**Property Directions:** Camarillo Springs Exist off 101 Freeway; continue all the way on Camarillo Springs Rd., to the last gate adjacent golf course parking; through gate take first left on Irena ; immediate left on San Dimas Ave., ; park in guest parking on left.

| | | | |
|---|---|---|---|
| **Entry Date:** 10/31/2018 | **Original List Price:** $574,000 | | **Status Change Date:** 04/16/2019 |
| **Listing Date:** 10/31/2018 | **Selling Office Comp:** 2.5% | | **SP % LP:** 98.1% |
| **Pending Date:** 03/22/2019 | **Variable Rate/BCA:** No | | |
| **Sold Date:** 04/16/2019 | | | |

| **Name** | **Office** | **Primary** | **Office** | **E-mail** |
|---|---|---|---|---|
| LA: Lisa Topor (V211502035 ) CalDRE#:01023842 | Berkshire Hathaway HomeServices (V2005) | 805-987-1234 | 805-987-3734 | lisatoporrealtor@gmail.com |
| SA: Dave Walter ( C159087028 ) CalDRE#:01122840 | American Heritage Realty (CB57430010)01208687 | 805-402-0439 | 805-495-6900 | davwal90@gmail.com |

| | | |
|---|---|---|
| **List Price/Sqft:** $333.06 | **Will Consider Lease:** No | **Tax Mello Roos:** No |
| **Sold Price/Sqft:** $326.71 | **Land Lease Amt/Yr:** 0 | |
| **Sign on Property:** Yes | | |

**Appliances:** Dishwasher; Garbage Disposal; Gas Dryer Hookup
**Association Amenities:** Banquet Facilities; Billiard Room; Card Room; Club House; Common RV Parking; Controlled Access; Gated Community; Greenbelt/Park; Guest Parking; Gym/Ex Room; Meeting Room; Onsite Management; Rec/Multipurpose Room
**Association Information:** Association Name: The Springs; Association Phone Number: 805-484-5383; Management Company Name: CPM; Management Company Phone: 805-987-8945
**Association Pet Rules:** Pets Permitted
**Bathroom Features:** Linen Closet; Shower & Tub; Shower Stall; Sunken Tub
**Bedroom Features:** 2 Master Bedrooms; All Bedrooms Down; Walk-In Closet
**Builders Information:** Builder's Model Name: GOLF COURSE VIEW; Builder's Tract Name Other: THE SPRINGS
**Cooking Appliances:** Cooktop - Gas; Gas; Microwave; Oven-Gas
**Cooling Type:** Air Conditioning; Central A/C
**Community Features:** Community Mailbox; Golf Course in Development
**Disclosures:** CC & R; Homeowners Association; Planned Development; Property As Is; Senior Community; Trust/Conservator
**Eating Areas:** Breakfast Room
**Entry Location:** Main Level
**Exterior Construction:** Stucco; Wood
**Fencing:** Wrought Iron
**Financing:** Conventional
**Fireplace Features:** Raised Hearth
**Fireplace Fuel:** Gas
**Fireplace Location:** Living Room
**Flooring:** Carpet; Ceramic Tile; Wood/Wood Like
**Foundation:** Raised
**Heating Fuel:** Natural Gas
**Heating Type:** Central Furnace; Fireplace

**Lot Description:** Corners Established; Fenced Yard; Front Yard; Gated Community; Lawn; Lot Shape-Square; Lot-Level/Flat; Street Lighting; Walk Street
**Lot Location:** Close to Clubhouse; Corner Lot; Flats; Ocean Side of Fwy; On Golf Course; Park Nearby
**Other Property Features:** End Unit; High Ceilings 9+ Ft
**Parking Features:** Direct Garage Access; Driveway; Driveway - Concrete; Garage Door Opener; RV Gated
**Parking Spaces/Information:** Number of Remotes: 1; Total Garage Spaces: 2
**Parking Type:** Garage; Garage - 1 Door; Garage - Side Entry; Garage Attached; Parking for Guests Onsite; RV Access
**Patio Features:** Patio Open; Porch; Porch - Rear; Rock, Stone
**Pool Construction:** In Ground
**Pool Description:** Association Pool
**Possession:** Close of Escrow
**Roofing:** Tile
**Rooms:** Bonus Room; Den/Office; Entry; Living Room; Master Bedroom; Two Masters; Utility; Walk-In Closet
**Security Safety:** Automatic Gates; Carbon Monoxide Detector(s); Card/Code Access; Community; Gated Community; Resident Manager; Smoke Detector
**Sewer:** Sewer
**Spa Construction:** In Ground
**Spa Description:** Association Spa
**Special Conditions:** Standard
**Terms:** Cash; Cash to New Loan; Conventional; FHA; Trust Conveyance; VA Loan
**TV Services:** Cable TV
**View Type:** City Lights View; Golf Course View; Panoramic View; Trees/Woods View
**Water:** District/Public
**Water Heater Feature:** Water Heater Unit
**Windows:** Screens; Window Blinds

6/20/2019                                                                flexmls Web

| **Residential Sold** | **1117 Belleza Street, Camarillo, CA, 93012-8167** | **List Price: $558,000** |
|---|---|---|
| MLS# 219009631 | County: Ventura Cross Streets: Lada off Irena | Sold Price: $535,000 |
| DIM/CDIM: 7575 | | Agent Detail Report |



| | | | |
|---|---|---|---|
| **Beds:** | 2 | **Sub-Type:** | Single Family Residence |
| **Baths (FTHQ):** | 2 (2 0 0 0) | **Lot Acres:** | 0.12 |
| **Year Built:** | 1987 Source:Assessor | | |
| **Approx SqFt:** | 1,650 | **Lot SqFt:** | 5,218 |
| **SqFt Source:** | Public Records | **Lot Size Source:** | Public Records |
| **Common Walls:** | Detached | **Zoning:** | RPD10 |
| **Construction Status:** | Unknown | **Subdiv/Tract Co:** | The Springs 4 - 365106 |
| **Dwelling Total** | | **Agreement Type:** | Excl Rt Sell/Lease |
| **Floors:** | 1 | **APN/Tax ID:** | 2340242165 |
| **Fireplace:** | Yes | **Area:** | VC45 - Cam - Mission Oaks |
| **Pool /Spa:** | Yes/ Yes | **Service Level:** | Full Service |
| **View:** | Yes | **Total Garage** | 2 |
| **HOA:** | Yes $250 Monthly | **Spaces:** | |

**Showing Contact Name:** LA (Agent; None/Vacant)   **Lock Box Type:**   Supra         **Gate Code:**#2358
**Showing Contact Phone:** 0                          **Lock Box Location:**Front Door
**Showing Access:** Go Direct; Keybox; Vacant
**Showing Info Remarks:** Owner occasionally stays over Wednesday nites, so a confirming text to L/A @ (805) 796-0398 appreciated

**Agent Remarks:** Vacant but see showing remarks. Trust Sale & Re/Max Addendum. The open cabinet in kitchen is for a dishwasher. The stove/oven is electric, but gas connection very accessible. Upgraded FAU and newer WH. If your buyer wants A/C, home pre-plumbed to add. Please call with any questions & thanks for showing!

**Marketing Remarks:** A desirable Plan 7 model at a great location in The Springs - an active 55+ gated community scenically nestled by Conejo Mountain in Camarillo. This home has a bright open floor plan with vaulted ceilings and offers extensive hardwood flooring and granite counters in the Kitchen. Master Bedroom has an suite bath with large walk-in closet, garden tub and a shower. Guest Bedroom, bath, and spacious laundry/bonus room are off main hallway. Gas fireplace in Family Room with adjoining dining area. Two car attached garage has roomy storage cabinets & work benches. As a high valued enhancement, the home's plumbing system has been routed overhead for easy and trouble free access. Nicely landscaped yard has several producing fruit trees and of course, those lovely views of the mountains. The Springs community has a multipurpose Clubhouse, huge pool/spa, social activities, secure RV parking, nature trails, and an adjacent public golf course. Home is ready for buyer's personal touches!

**Property Directions:** 101 to Camarillo Springs Road, Enter Gate #1 then proceed ahead to turn left on Lada Street. Another left on Belleza Street and we are up the street on the left .

| | | | |
|---|---|---|---|
| **Entry Date:** | 01/17/2019 | **Original List Price:** $558,000 | **Status Change Date:** 04/24/2019 |
| **Listing Date:** | 01/18/2019 | **Selling Office Comp:** 2.5% | **Concessions Amount:** 2,500 |
| **Pending Date:** | 04/02/2019 | **Variable Rate/SCA:** Yes | **SP % LP:** 95.88% |
| **Sold Date:** | 04/04/2019 | | |

| **Name** | **Office** | | **Primary** | **Office** | **E-mail** |
|---|---|---|---|---|---|
| LA: Drake Van Camp (V211507291 ) CalDRE#01606735 | RE/MAX Gold Coast REALTORS (V3282) 01220383 | | 805-796-0398 | 805-484-1800 | drakevancamp@gmail.com |
| SA: Eric Evarts ( V211502902 ) CalDRE#01253434 | RE/MAX Gold Coast REALTORS (V105501220383) | | 805-339-3596 | 805-339-3600 | eric@erlcevarts.com |

| | | |
|---|---|---|
| **List Price/Sqft:** | $338.18 | **Will Consider Lease:** No          **Tax Mello Roos:** No |
| **Sold Price/Sqft:** | $324.24 | **Land Lease Amt/Yr:** 0 |
| **Sign on Property:** | Yes | |
| **Included in Sale:** | Washer/dryer, refrigerator, and TV in master bedroom if desired. | |

**Association Amenities:** Banquet Facilities; Club House; Common RV Parking; Gated Community; Guest Parking; Gym/Ex Room; Meeting Room; Pet Rules; Rec/Multipurpose Room
**Association Fees Include:** Cable TV; Clubhouse
**Association Information:** Association Name: The Springs; Association Phone Number: 805-484-5393; Management Company Name: CPM; Management Company Phone: 805-987-8945
**Association Pet Rules:** Call for Rules
**Bathroom Features:** Double Vanity(s); Shower & Tub
**Bedroom Features:** Master Bedroom; Walk-In Closet
**Builders Information:** Builder's Name: Barclay-Hollander; Builder's Model Name: Plan 7
**Building Styles:** Contemporary
**Cooking Appliances:** Electric
**Community Features:** Community Mailbox; RV Access/Parking
**Disclosures:** CC & R; Homeowners Association; Senior Community; Trust/Conservator
**Eating Areas:** Breakfast Counter/Bar; Dining Area
**Entry Location:** Living Room
**Exterior Construction:** Stucco
**Financing:** Cash
**Fireplace Features:** Raised Hearth
**Fireplace Fuel:** Gas
**Fireplace Location:** Living Room

**Lot Description:** Back Yard; Fenced; Front Yard; Gated Community; Street Private
**Parking Features:** RV Gated
**Parking Spaces/Information:** Number of Remotes: 1; Total Garage Spaces: 2
**Parking Type:** Garage - 1 Door; Garage Attached; Parking for Guests
**Pool Construction:** In Ground
**Pool Description:** Association Pool
**Possession:** Close of Escrow
**Property Condition:** Additions/Alterations
**Roofing:** Tile
**Rooms:** Family Room; Living Room; Master Bedroom
**Security Safety:** Gated Community
**Sewer:** Sewer
**Spa Description:** Association Spa
**Special Conditions:** Standard
**Sold Terms:** Standard Sale
**Terms:** Cash; Conventional; FHA; VA Loan
**TV Services:** Cable TV
**View Type:** Mountain View
**Water District/Public:** Water District: Camrosa
**Water Heater Feature:** Natural Gas

6/20/2019 flexmls Web

| Residential Active Under Contract | 6612 Lada Avenue, Camarillo, CA, 93012-8138 | | $535,000 |
|---|---|---|---|
| MLS# 219007417 | County: Ventura Cross Streets: Camarillo Springs and Adohr Lane | | Agent Detail Report |
| DIM/CDIM: 4/4 | | | |



| | | | | |
|---|---|---|---|---|
| Beds: | 2 | Sub-Type: | Single Family Residence |
| Baths (FTHQ): | 2 (2 0 0 0) | Lot Acres: | 0.11 |
| Year Built: | 1987 Source:Assessor | | |
| Approx SqFt: | 1,650 | Lot SqFt: | 4,887 |
| SqFt Source: | Public Records | Lot Size Source: | Public Records |
| Common Walls: | Detached | Zoning: | RPD10U |
| Dwelling Total | 1 | Subdiv/Tract Co: | The Springs 4 - 365106 |
| Floors: | | Agreement Type: | Excl Rt Sell/Lease |
| Fireplace: | Yes | APN/Tax ID: | 2340230115 |
| Pool /Spa: | Yes/ Yes | Area: | VC46 - Cam - Mission Oaks |
| View: | Yes | Service Level: | Full Service |
| HOA: | Yes $250 Monthly | Total Garage | 2 |
| | | Spaces: | |

Showing Contact Name: Townley (Tenant)    Lock Box Type:    No Lockbox
Showing Contact Phone: 805 389-6856    Lock Box Location:No Lockbox
Showing Access: 24-Hour Notice; Appointment Only; Call Occupant
Showing Info Remarks: Lovely Tenants

Agent Remarks: Wonderful tenants but if you have trouble showing call Pam Robertson 805 908-1706 Gate code #2356

Marketing Remarks: This home backs to the Arroyo and nature park. Brick trimmed walkways lead to the nice brick porch. The entry features upgraded tile floor. The living room features high volume ceilings, chair railing, custom window treatment, brick fireplace with upgraded mantel and surround. Dining room features high volume ceilings, chair railing and wooden blinds. Nice family room with high volume ceilings, chair railing and upgraded French doors sidelights that open with screens. Kitchen features double oven, large wall of pantries, upgraded tile floors and garden window. Upgraded baseboards throughout plus six panel doors. Large master bedroom with high volume ceilings, walk in closet, upgraded French doors with sidelights with screens. Master bath features double sinks, upgraded tile shower, large soaking tub with tile surround and upgraded tile floors. Very large second bedroom. Hall bath has upgraded tile floors and features a tub with tile surround with shower. Very large laundry room with built in desk and cabinets. Very private patio overlooking the arroyo. Nice 2 car attached garage with some built in storage shelves. Great senior community with wonderful clubhouse, pool and other amenities.

Property Directions: 101 exit at Camarillo Springs Road, turn right to stay on Camarillo Springs Road, Turn left on Adohr Lane, Turn left on Lada Ave

| Entry Date: 06/18/2019 | Original List Price: $535,000 | Status Change Date: 08/19/2019 |
|---|---|---|
| Listing Date: 06/15/2019 | Selling Office Comp: 2.5% | |
| | Variable Rate/SCA: No | |

| Name | Office | Primary | Office | E-mail |
|---|---|---|---|---|
| LA: Pam Robertson (C159085910 ) | Coldwell Banker Residential Brokerage (CB3050001) | 805-908- | 805-495- | panm@coldwellbanker.com |
| CalDRE#:00933847 | 00616212 | 1706 | 1048 | |

| List Price/Sqft: $324.24 | Will Consider Lease: No | Tax Mello Roos: No |
|---|---|---|
| Sold Price/Sqft: | Land Lease Amt/Yr:  0 | |
| Sign on Property: Yes | | |
| Excluded from Sale: Sheer drape in Dining Room | | |

**Appliances:** Dishwasher; Garbage Disposal; Gas/Elec Dryer Hookup; Water Line to Refrig; Water Softener-Owned
**Association Amenities:** Banquet Facilities; Biking Trails; Club House; Fitness Center; Gated Community; Greenbelt/Park; Guest Parking; Rec/Multipurpose Room
**Association Information:** Association Name: The Springs; Association Phone Number: 805 484-5393; Management Name: CPM Management; Management Company Phone: 805 987-8945
**Bathroom Features:** Double Vanity(s); Remodeled; Shower & Tub; Shower Over Tub
**Bedroom Features:** Master Bedroom
**Building Styles:** Ranch
**Cooking Appliances:** Double Oven; Gas/Electric Range
**Cooling Type:** Central A/C
**Community Features:** Golf Course in Development
**Disability Access:** None
**Disclosures:** CC & R; Homeowners Association; Planned Development; Senior Community
**Doors:** French Doors
**Eating Areas:** Breakfast Counter/Bar; Formal Dining Room
**Entry Location:** Ground Level w/Steps
**Exterior Construction:** Stucco; Wood
**Fencing:** None
**Fireplace Features:** Raised Hearth
**Fireplace Fuel:** Gas & Wood
**Fireplace Location:** Living Room
**Flooring:** Carpet; Ceramic Tile; Linoleum
**Foundation:** Concrete Slab
**Heating Fuel:** Natural Gas
**Heating Type:** Central Furnace; Forced Air
**Interior Features:** Cathedral/Vaulted; Chair Railings; Drywall Walls; Open Floor Plan; Recessed Lighting; Track Lighting; Turnkey; Wainscotting
**Kitchen Features:** Greenhouse Window; Pantry; Tile Counters

**Lot Description:** Back Yard; Front Yard; Landscaped; Lawn; Ranch; Single Lot; Street Lighting; Street Paved; Street Private; Utilities Underground
**Lot Location:** Close to Clubhouse; Near Public Transit; Park Nearby
**Other Property Features:** High Ceilings 9+ Ft; Slab
**Parking Spaces/Information:** Total Garage Spaces: 2
**Parking Type:** Garage; Garage Attached
**Patio Features:** Concrete Slab
**Playing Courts:** Community
**Pool Construction:** In Ground
**Pool Description:** Community Pool; Fenced; Heated & Filtered
**Possession:** Close Of Escrow Plus 2
**Roofing:** Barrel Tile
**Rooms:** Dining Room; Entry; Family Room; Living Room; Master Bedroom; Separate Family Room; Utility; Walk-In Closet
**Security Safety:** Carbon Monoxide Detector(s); Smoke Detector
**Sewer:** Sewer
**Spa Construction:** Gunite; In Ground
**Spa Description:** Community; Heated - Gas
**Special Conditions:** Standard
**Sprinklers:** Drip System; Front; Sprinkler System; Sprinkler Timer
**Terms:** Cash; Cash to New Loan
**TV Services:** Cable TV
**Volt 220 Location:** In Laundry
**Water:** District/Public
**Water Heater Features:** Gas; Water Heater Central
**Windows:** Custom/Window Coverings; Garden Window; Screens; Window Blinds

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **LuAnna Lou Oliver** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **6207 Gitana Avenue Camarillo, CA 93012-8126  Ventura County**<br>**This home is part of the "Keep your Home California" Program.  Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.**<br>Line from *Schedule A/B*: **1.1** | $503,000.00 | ☑ | $75,000.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2003 Toyota Camry 175,000 miles**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ☑ | $3,000.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **All household goods and furniture**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ☑ | $3,500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **TV, DVD, and all other electronics**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ☑ | $500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

7/29/19 10:11AM

Debtor 1    **LuAnna Lou Oliver**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Books, Art, Collectibles** Line from *Schedule A/B*: **8.1** | $1,500.00 | ■   $1,500.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Miscellaneous Sports and Hobby Equipment** Line from *Schedule A/B*: **9.1** | $150.00 | ■   $150.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing owned by debtors** Line from *Schedule A/B*: **11.1** | $2,000.00 | ■   $2,000.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Miscellaneous costume Jewelry** Line from *Schedule A/B*: **12.1** | $250.00 | ■   $250.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **IRA: Roth IRA** Line from *Schedule A/B*: **21.1** | $3,000.00 | ■   $3,000.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Retirement Savings: Franklin Square Investment Account** Line from *Schedule A/B*: **21.2** | $2,000.00 | ■   $2,000.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Term Life Insurance / American United Live Insurance Beneficiary:** _____ Line from *Schedule A/B*: **31.1** | $2,000.00 | ■   $2,000.00 □   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

□   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   □   No

   □   Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **LuAnna Lou Oliver** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

<table>
<tr><td colspan="3">Part 1:    List All Secured Claims</td><td>Column A</td><td>Column B</td><td>Column C</td></tr>
<tr>
<td colspan="3">

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.
</td>
<td>

**Amount of claim**
Do not deduct the value of collateral.
</td>
<td>

**Value of collateral that supports this claim**
</td>
<td>

**Unsecured portion**
If any
</td>
</tr>
</table>

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **2.1** | **CalHFA Mortgage Assistance Corp.** | Describe the property that secures the claim: | $45,953.00 | $503,000.00 | $0.00 |
| | Creditor's Name | | | | |

Describe the property that secures the claim:
**6207 Gitana Avenue Camarillo, CA 93012-8126  Ventura County**
**This home is part of the "Keep your Home California" Program.**
**Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.**

**c/o Utopian Group**
**8401 Chagrin Road, Suite 17**
**Chagrin Falls, OH 44023**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd Deed of Trust**

Date debt was incurred  **11/03/2017**          Last 4 digits of account number    **1237**

Debtor 1  **LuAnna Lou Oliver**
   First Name      Middle Name      Last Name         Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.2  Diamond Resorts Financial Services** | Describe the property that secures the claim: | $14,876.00 | $6,000.00 | $8,876.00 |

**2.2  Diamond Resorts Financial Services**
Creditor's Name

> **Diamond Vacation Resorts 1450 Center Crossing Road Las Vegas, NV 89144  Clark County**
> **Debtor owes two timeshares at Diamond Vacation Resorts, both valued at 3,000 each.**
> **Debtor plans to surrender both.**

$14,876.00    $6,000.00    $8,876.00

**Attn: Bankruptcy**
**10600 W Charleston Blvd**
**Las Vegas, NV 89135**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Timeshare Installment Loan on (2) Timeshares

Date debt was incurred  **Opened 10/17**     Last 4 digits of account number  **7822**

---

| | | | |
|---|---|---|---|
| **2.3  Flagstar Bank** | Describe the property that secures the claim: | $389,915.00 | $503,000.00 | $0.00 |

**2.3  Flagstar Bank**
Creditor's Name

> **6207 Gitana Avenue Camarillo, CA 93012-8126  Ventura County**
> **This home is part of the "Keep your Home California" Program.**
> **Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.**

$389,915.00    $503,000.00    $0.00

**Attn: Bankruptcy**
**5151 Corporate Drive**
**Troy, MI 48098**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  1st Deed of Trust

Date debt was incurred  **Opened 05/16**     Last 4 digits of account number  **6133**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$450,744.00**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$450,744.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Debtor 1   **LuAnna Lou Oliver**                                                    Case number (if known) _____
     First Name      Middle Name      Last Name

☐   Name, Number, Street, City, State & Zip Code         On which line in Part 1 did you enter the creditor? **2.2**
    **Diamond Resorts Financial Services**
    **10600 W Charleston Blvd**               Last 4 digits of account number ___
    **Las Vegas, NV 89135**

☐   Name, Number, Street, City, State & Zip Code         On which line in Part 1 did you enter the creditor? **2.3**
    **Flagstar Bank**
    **5151 Corporate Dr**                 Last 4 digits of account number ___
    **Troy, MI 48098**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **LuAnna Lou Oliver** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  4584 | $3,849.00 | $3,849.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations

Is the claim subject to offset?
■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

2018 Tax Obligation

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

7/29/19 10 11AM

Debtor 1   LuAnna Lou Oliver

Case number (if known)

---

| 4.1 | **Amex EveryDay Credit Card** | Last 4 digits of account number | **5973** | $1,861.00 |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Post Office Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.2 | **Bank Of America /Baseball** | Last 4 digits of account number | **8782** | $804.00 |

Nonpriority Creditor's Name
**4909 Savarese Circle**
**FI1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?   **Opened 04/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.3 | **Bank Of America /Cash Rewards** | Last 4 digits of account number | **7314** | $9,373.00 |

Nonpriority Creditor's Name
**4909 Savarese Circle**
**FI1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

7/29/19 10.11AM

Debtor 1  __LuAnna Lou Oliver__

Case number (if known)

---

| 4.4 | **Bank Of America/Susan G. Komen** | Last 4 digits of account number | 5908 | $1,698.00 |

Nonpriority Creditor's Name
**4909 Savarese Circle**
**FI1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/17**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  __Credit Card__

---

| 4.5 | **Barclays Bank Delaware / Mastercard** | Last 4 digits of account number | 0772 | $3,730.00 |

Nonpriority Creditor's Name
**Attn: Correspondence**
**Post Office Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/17**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  __Credit Card__

---

| 4.6 | **CBC Federal Credit Union / Visa** | Last 4 digits of account number | 2475 | $2,495.00 |

Nonpriority Creditor's Name
**2151 E. Gonzales Road**
**Oxnard, CA 93036**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/17**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  __Credit Card__

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    LuAnna Lou Oliver
                                                                    Case number (if known)

---

**4.7**   **Chase Card Services**    Last 4 digits of account number   **3120**          **$7,656.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?   **Opened 01/06**
**Post Office Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify   **Credit Card**

---

**4.8**   **Citibank**    Last 4 digits of account number   **8147**          **$6,827.00**
Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**    When was the debt incurred?   **Opened 05/11**
**Post Office Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify   **Credit Card**

---

**4.9**   **Citibank / Diamond Preferred**    Last 4 digits of account number   **3197**          **$9,242.00**
Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**    When was the debt incurred?   **Opened 11/04**
**Post Office  Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify   **Credit Card**

---

Debtor 1    **LuAnna Lou Oliver**                                                    Case number (if known)

---

**4.10**

**Citibank / Double Cash Card**
Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**
**Post Office  Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5176**                              $198.00

When was the debt incurred?    **Opened 08/16**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

**4.11**

**Citibank /Diamond Preferred**
Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**
**Post Office Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2670**                            $3,363.00

When was the debt incurred?    **Opened 04/10**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

**4.12**

**Citibank /Simplicity Card**
Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**
**Post Office Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5192**                            $2,788.00

When was the debt incurred?    **Opened 03/14**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1    LuAnna Lou Oliver _____    Case number (if known) _____

| 4.1 3 | **Citibank/Thank You Preferred** | Last 4 digits of account number | 7114 | $5,422.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Recovery/Centralized Bankruptcy**
**Post Office Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **Opened 06/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 4 | **Costco Anywhere Visa Card** | Last 4 digits of account number | 1140 | $562.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Post Office  Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 5 | **Credit First National Association** | Last 4 digits of account number | 9253 | $1,255.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Post Office Box 81315**
**Cleveland, OH 44181**
Number Street City State Zip Code

When was the debt incurred?    **Opened 01/98**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account / Firestone**

---

Debtor 1  LuAnna Lou Oliver

Case number (if known)

| 4.1 6 | Dignity Health Medical Foundation | Last 4 digits of account number | 6885 | $173.00 |

**Dignity Health Medical Foundation**
Nonpriority Creditor's Name
**Ventura County**
**Post Office Box 741242**
**Los Angeles, CA 90074-1242**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6885**

When was the debt incurred?    **2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill**

---

| 4.1 7 | Discover Financial / Chrome Card | Last 4 digits of account number | 7529 | $11,346.00 |

**Discover Financial / Chrome Card**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Post Office Box 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7529**

When was the debt incurred?    **Opened 12/04**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 8 | Discover Financial /More Card | Last 4 digits of account number | 8992 | $6,794.00 |

**Discover Financial /More Card**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Post Office Box 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8992**

When was the debt incurred?    **Opened 10/02**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    LuAnna Lou Oliver

Case number (if known) _____

---

**4.19**

**Equifax**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.20**

**Experian**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.21**

**Premier America Credit Union**
Nonpriority Creditor's Name
Attn: Bankruptcy
Post Office Box 2178
Chatsworth, CA 91313
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   7561    $2,877.00

When was the debt incurred?   **Opened 06/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Check Credit Or Line Of Credit**

---

Debtor 1   LuAnna Lou Oliver

Case number (if known)

| 4.2 2 | **Synchrony Bank/Care Credit** | Last 4 digits of account number | **2324** | **$168.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept**
**Post Office Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.2 3 | **Transunion** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**
**P.O. Box 1000**
**Crum Lynne, PA 19022**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.2 4 | **US Bank/RMS CC** | Last 4 digits of account number | **1054** | **$11,883.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Post Office Box 6351**
**Fargo, ND 58125**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

Debtor 1    LuAnna Lou Oliver    Case number *(if known)*

---

**4.2 5**

**Wells Fargo Bank / Signature Visa**

Nonpriority Creditor's Name

**Mac F823f-02f
Post Office Box 10438
Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5945**    $9,702.00

When was the debt incurred?    **Opened 11/10**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**4.2 6**

**Wells Fargo Bank / Visa**

Nonpriority Creditor's Name

**Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6756**    $2,844.00

When was the debt incurred?    **Opened 06/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Bank Of America
Po Box 982238
El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank Of America
Po Box 982238
El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank Of America
Po Box 982238
El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

Debtor 1    **LuAnna Lou Oliver**                                    Case number (if known)

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,849.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,849.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 103,061.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 103,061.00 |

7/29/19 10:11AM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LuAnna Lou Oliver | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **CalHFA Mortgage Assistance Corp.**<br>**c/o Utopian Group**<br>**8401 Chagrin Road, Suite 17**<br>**Chagrin Falls, OH 44023** | This is the "Keep Your Home California" program, debtor entered into in April, 2019.  Current Balance is $45,943. |
| 2.2 **Diamond Resorts Financial Services**<br>**Attn: Bankruptcy**<br>**10600 W Charleston Blvd**<br>**Las Vegas, NV 89135** | This is a 120 Month contract for a Time Share.  Original Cost was $16,199, current balance is $16,199.  Monthly payment is $257.  This account opened in October, 2017. |
| 2.3 **Flagstar Bank**<br>**Attn: Bankruptcy**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | This is a 360 Month FHA Real Estate Mortgage.  Original balance was $417,073, current balance is $389,915 for the 1st Trust Deed.  Monthly payment is $2,430 and debtor is current as of filing. |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **LuAnna Lou Oliver** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ■ No
   ☐ Yes.

   In which community state or territory did you live?      -NONE-      . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line  _____<br>☐ Schedule E/F, line  _____<br>☐ Schedule G, line  _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line  _____<br>☐ Schedule E/F, line  _____<br>☐ Schedule G, line  _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **LuAnna Lou Oliver** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Bookkeeper/Accounting | |
| **Employer's name** | All Valley Washer Service Inc. | |
| **Employer's address** | 15008 Delano Street<br>Van Nuys, CA 91411 | |
| **How long employed there?** | 7 Months | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,315.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 4,315.00 | $ N/A |

| Debtor 1 | **LuAnna Lou Oliver** | | Case number (*if known*) | |
|---|---|---|---|---|

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 4,315.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,145.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,145.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,170.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,170.00 + $ N/A = | $ 3,170.00 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ | 3,170.00 |
| | | | | **Combined monthly income** |

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

■ Yes. Explain: | **Debtor is a part-time employee filling in for an individual on maternity leave. She is scheduled to be laid off in six weeks.**

| Fill in this information to identify your case | |
|---|---|
| Debtor 1 **LuAnna Lou Oliver** | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

 ■ No. Go to line 2.
 ☐ Yes. Does Debtor 2 live in a separate household?

  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**  ■ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not state the dependents names. | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

 ■ No
 ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,431.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 75.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 250.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1    **LuAnna Lou Oliver**                                    Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 90.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 70.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 45.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 450.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | 11. $ | 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. $ | 420.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 35.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 217.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 90.00 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a.   Add lines 4 through 21. | $ | 4,523.00 |
| | 22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.   Add line 22a and 22b.  The result is your monthly expenses. | $ | 4,523.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,170.00 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | 4,523.00 |
| | 23c.   Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | -1,353.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?

☐ No.

■ Yes.    | Explain here: **Debtor lost full time employment in August, 2017 and has been working part time on and off since then.  Anticipates a lay-off from present job in Fall, 2019.** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **LuAnna Lou Oliver** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ LuAnna Lou Oliver                                    X _____
**LuAnna Lou Oliver**                                          Signature of Debtor 2
Signature of Debtor 1

Date  *August 5, 2019*                                       Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **LuAnna Lou Oliver** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1281 Mobil Avenue Camarillo, CA 93010-3317** | From-To: **1995 to May, 2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | **$15,070.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **LuAnna Lou Oliver** _____    Case number _(if known)_ _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ☑ Wages, commissions, bonuses, tips | $24,840.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ☑ Wages, commissions, bonuses, tips | $61,515.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of _other income_ are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **Unemployment Benefits** | $3,150.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **IRA Distributions** | $12,000.00 | | |
| | **401k Distribution** | $91,529.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☑ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **LuAnna Lou Oliver** _____    Case number *(if known)* _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

<!-- Part 4 -->
**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property | Date | Value of the property |
    |---|---|---|---|
    | | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☑ No
    ☐ Yes

<!-- Part 5 -->
**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☑ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Person to Whom You Gave the Gift and Address: | | | |

Debtor 1  **LuAnna Lou Oliver**                                      Case number *(if known)*

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charity's Name** | | | |
| **Address** (Number, Street, City, State and ZIP Code) | | | |

**Part 6:  List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

**Part 7:  List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez<br>200 Hathaway Building<br>5450 Telegraph Road, Suite 200<br>Ventura, CA 93006<br>www.hathawaylawfirm.com | Attorney fees to file bankruptcy | July 29, 2019 | $2,000.00 |
| Ju<br>Bankruptcy Solutions<br>3700 Barrett Drive<br>Raleigh, NC 27609<br>sftconsumer.com | Required pre-filing Credit Counseling, offered through EQUST-Approved Consumer Education Services, Inc. (CESI) doing business as Start Fresh Today. | July 20, 2019 | $18.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **LuAnna Lou Oliver**                                          Case number *(if known)* _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
- [ ] No
- [x] Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| **Michael R. and Telina A. Duncan** **1281 Mobil Avenue** **Camarillo, CA 93010** **None** | **1281 Mobil Avenue, Camarillo, CA, a Single Family Residence, APN # 165-0-121-015, Debtor owned a 50% interest in this home with Donna G. Simmons. Sold home to Mr. & Mrs. Duncan on April 11, 2016, Net amount to Debtor after all costs was $64,000.  This money was used to pay off creditors and purchase current home in May, 2016.** | | **April 11, 2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
- [ ] No
- [x] Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **The LuAnna Lou Oliver Trust, dated May 8, 2000** | **Property located at 1281 Mobil Avenue, Camarillo, CA 93010,  net value of $64,000 to Debtor (her 50% interest) , transferred from The LuAnna Lou Oliver Trust, dated May 8, 2000 to Michael and Telina Duncan on April 11, 2016** | **April 11, 2016** |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other checking accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- [x] No
- [ ] Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
- [x] No
- [ ] Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **LuAnna Lou Oliver** _____   Case number *(if known)* _____

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP<br>Code) | Describe the property | Value |
|---|---|---|---|
| Debtor's Elderly Mother, Bertha Oliver<br>Shell Knob, MO 65747 | | Debtor's elderly mother's<br>bank account. Debtor is a<br>signer on this ARVEST<br>account. | Unknown |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

Debtor 1    **LuAnna Lou Oliver**                                    Case number *(if known)*

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

  ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

  ☐ A partner in a partnership

  ☐ An officer, director, or managing executive of a corporation

  ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Internet / Sales<br>6207 Gitana Avenue<br>Camarillo, CA 93012 | Internet Sales<br><br>Self | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ LuAnna Lou Oliver
**LuAnna Lou Oliver**                                          Signature of Debtor 2
Signature of Debtor 1

Date    *August 5, 2019*                            Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **LuAnna Lou Oliver**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

Case number  _____
(if known)

☐ Check if this is an
     amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☑ creditors have claims secured by your property, or
☑ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1      List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CalHFA Mortgage Assistance Corp.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: **6207 Gitana Avenue Camarillo, CA 93012-8126  Ventura County This home is part of the "Keep your Home California" Program. Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.** | **Continue to Pay** | |
| Creditor's name: **Diamond Resorts Financial Services** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: **Diamond Vacation Resorts 1450 Center Crossing Road Las Vegas, NV 89144  Clark County** | | |

Official Form 108                 Statement of Intention for Individuals Filing Under Chapter 7                 page 1

Debtor 1    **LuAnna Lou Oliver**                                    Case number (*if known*) _____

| | | | |
|---|---|---|---|
| Creditor's name: | **Flagstar Bank** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **6207 Gitana Avenue Camarillo, CA 93012-8126  Ventura County This home is part of the "Keep your Home California" Program. Attached is a Residential Broker Price Opinion Letter from Realtor John Ryan, CADre #00276458.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☑ Retain the property and [explain]:  **Continue to Pay** | ☑ Yes |

---

<strong style="background:black;color:white">Part 2.</strong>    **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **LuAnna Lou Oliver**                                      Case number *(if known)*

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X    /s/ LuAnna Lou Oliver                                      X
     **LuAnna Lou Oliver**                                          Signature of Debtor 2
     Signature of Debtor 1

     Date    **August 5, 2019**                                    Date

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel A. Higson, SBN 71212**<br>**Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez**<br>**5450 Telegraph Road, Suite 200**<br>**Ventura, CA 93003**<br>**805-644-7111 / 805-644-8296**<br>**danhigson@hathawaylawfirm.com** | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **LuAnna Lou Oliver** | Case No.:<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE**<br>[LBR 2090-1(a)(3)] |

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a. I am the attorney for the Debtor.

    b. Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i. For legal services, I have agreed to accept ☐ an hourly rate of $____ or a ☑ flat fee of  $__2,000.00__
        ii. Prior to filing this disclosure I have received $__2,000.00__

        iii. The balance due is $0.00

2. $__335.00__ of the filing fee has been paid.

3. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

    a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

        ☑ Debtor    ☐ Other (specify):

    b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

        ☑ Debtor    ☐ Other (specify):

4. **Sharing of Compensation Paid Postpetition.**

    ☑ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

5. **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 1                               **F 2090-1.CH7.ATTY.COMP.DISCLSR**

the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

a.    **Services required to be provided:**
   i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
   ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
   iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.
b.    ☐ **Additional legal services I will provide:**
   i.   ☐ Any proceeding related to relief from stay motions.
   ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
   iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
   iv.  ☐ Reaffirmation of a debt.
   v.   ☐ Any lien avoidance under 11 U.S.C. § 522(f)
   vi.  ☐ Other (specify):
6.    If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date: _August 5, 2019_

/s/ Daniel A. Higson
*Signature of attorney for the Debtor*
**Daniel A. Higson 71212**
*Printed name of attorney*
**Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez**
*Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date: _Aug 5, 2019_

/s/ LuAnna Lou Oliver
*Signature of Debtor 1*
**LuAnna Lou Oliver**
*Printed name of Debtor 1*

Date: _____

_____
*Signature of Debtor 2 (Joint Debtor) (if applicable)*

_____
*Printed name of Debtor 2*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 2                              **F 2090-1.CH7.ATTY.COMP.DISCLSR**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case</strong></td></tr>
</table>

| Fill in this information to identify your case | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|
| Debtor 1 | **LuAnna Lou Oliver** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: | Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,315.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

                                                  Debtor 1

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
|---|---|---|---|

Debtor 1   __LuAnna Lou Oliver_____   Case number (if known) _____

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation** — $ ___0.00___   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ......................................................... $ ___0.00___

For your spouse ......................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ ___0.00___   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____   $ ___0.00___   $ _____

_____   $ ___0.00___   $ _____

Total amounts from separate pages, if any.   + $ ___0.00___   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ ___4,315.00___   + $ _____   = $ ___4,315.00___

**Total current monthly income**

---

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ....................... Copy line 11 here=>   $ ___4,315.00___

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b.  $ ___51,780.00___

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   | **CA** |

Fill in the number of people in your household.   | **1** |

Fill in the median family income for your state and size of household.   13.  $ ___57,962.00___

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _/s/ LuAnna Lou Oliver_____

**LuAnna Lou Oliver**
Signature of Debtor 1

Date  __August  5, 2019_____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel A. Higson, SBN 71212**<br>**Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez**<br>**5450 Telegraph Road, Suite 200**<br>**Ventura, CA 93003**<br>**805-644-7111 / 805-644-8296**<br>**danhigson@hathawaylawfirm.com** | |

☐  *Debtor(s) appearing without an attorney*
☑  *Attorney for Debtor, LuAnna Lou Oliver*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>LuAnna Lou Oliver | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _August 5, 2019_

/s/ LuAnna Lou Oliver
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _August 5, 2019_

/s/ Daniel A. Higson
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

LuAnna Lou Oliver
6207 Gitana Avenue
Camarillo, CA 93012


Daniel A. Higson
Hathaway, Perrett, Webster, Powers, Chrisman & Gutierrez
5450 Telegraph Road, Suite 200
Ventura, CA 93003


Amex EveryDay Credit Card
Correspondence/Bankruptcy
Post Office Box 981540
El Paso, TX 79998


Bank Of America
Po Box 982238
El Paso, TX 79998


Bank Of America /Baseball
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Bank Of America /Cash Rewards
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Bank Of America/Susan G. Komen
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Barclays Bank Delaware / Mastercard
Attn: Correspondence
Post Office Box 8801
Wilmington, DE 19899

CalHFA Mortgage Assistance Corp.
c/o Utopian Group
8401 Chagrin Road, Suite 17
Chagrin Falls, OH 44023


CBC Federal Credit Union / Visa
2151 E. Gonzales Road
Oxnard, CA 93036


Chase Card Services
Attn: Bankruptcy
Post Office Box 15298
Wilmington, DE 19850


Citibank
Recovery/Centralized Bankruptcy
Post Office Box 790034
St Louis, MO 63179


Citibank / Diamond Preferred
Recovery/Centralized Bankruptcy
Post Office  Box 790034
St Louis, MO 63179


Citibank / Double Cash Card
Recovery/Centralized Bankruptcy
Post Office  Box 790034
St Louis, MO 63179


Citibank /Diamond Preferred
Recovery/Centralized Bankruptcy
Post Office Box 790034
St Louis, MO 63179


Citibank /Simplicity Card
Recovery/Centralized Bankruptcy
Post Office Box 790034
St Louis, MO 63179

Citibank/Thank You Preferred
Recovery/Centralized Bankruptcy
Post Office Box 790034
St Louis, MO 63179


Costco Anywhere Visa Card
Attn: Bankruptcy
Post Office  Box 6500
Sioux Falls, SD 57117


Credit First National Association
Attn: Bankruptcy
Post Office Box 81315
Cleveland, OH 44181


Diamond Resorts Financial Services
Attn: Bankruptcy
10600 W Charleston Blvd
Las Vegas, NV 89135


Diamond Resorts Financial Services
10600 W Charleston Blvd
Las Vegas, NV 89135


Dignity Health Medical Foundation
Ventura County
Post Office Box 741242
Los Angeles, CA 90074-1242


Discover Financial / Chrome Card
Attn: Bankruptcy Department
Post Office Box 15316
Wilmington, DE 19850


Discover Financial /More Card
Attn: Bankruptcy Department
Post Office Box 15316
Wilmington, DE 19850

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374


Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013


Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Dr
Troy, MI 48098


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Premier America Credit Union
Attn: Bankruptcy
Post Office Box 2178
Chatsworth, CA 91313


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Post Office Box 965060
Orlando, FL 32896


Transunion
Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022

US Bank/RMS CC
Attn: Bankruptcy
Post Office Box 6351
Fargo, ND 58125


Wells Fargo Bank / Signature Visa
Mac F823f-02f
Post Office Box 10438
Des Moines, IA 50306


Wells Fargo Bank / Visa
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328